■ In the Matter of the Claim of ANGELO J. CELLURA, Respondent, v. FRANK B. HALL & CO., INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.